# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE REBERGER, | |
| Plaintiff, | |
| v. | 3:15-cv-00551-MMD-VPC |
| MICHAEL KOEHN et al., | ORDER |
| Defendants. | |

## I. DISCUSSION

Plaintiff seeks an extension of time to file a response to Defendants' notice negating Plaintiff's claims of imminent harm (ECF No. 14) and Defendants' motion for summary judgment (ECF No. 29) on the same issue. (ECF No. 33). In a previous order, this Court directed Plaintiff to file a response to the notice on or before October 7, 2016. (ECF No. 25). On September 28, 2016, Defendants filed a motion for summary judgment. (ECF No. 29).

Plaintiff now seeks an extension of time to respond to both the notice and the motion for summary judgment because they "are essentially the same arguments and the same allegations except that the motion for summary judgment has all the case law cited and their notice (#14) does not." (ECF No. 33 at 1). The Court grants Plaintiff's motion for an extension of time. Plaintiff shall file one combined response that addresses both the notice and the motion for summary judgment. Plaintiff shall file his response no later than Monday, October 24, 2016 and Defendants shall file a reply no later than Monday, October 31, 2016. No further extensions will be granted.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 33) is granted.

1   IT IS FURTHER ORDERED that on or before Monday, October 24, 2016, Plaintiff shall
2  file one response to the notice (ECF No. 14) and motion for summary judgment (ECF No. 29).
3  Defendants shall file a reply to the motions on or before Monday, October 31, 2016.  No
4  further extensions will be granted.

6   DATED: This __12th__ day of October, 2016.

    _____
    United States Magistrate Judge