**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LANCE REBERGER, | ) | 3:15-CV-0551-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 27, 2017 |
| | ) | |
| ESP GENERAL PRACTITIONER | ) | |
| MICHAEL KOEHN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to obtain defendant Michael Koehn's address filed under seal (ECF No. 67) is **DENIED in part** and **GRANTED in part.**  The Office of the Attorney General did not accept service of process on behalf of Michael Koehn (ECF No. 64).  However, the Attorney General has filed the last known address of this defendant under seal (ECF No. 66).  Michael Koehn's address shall remain under seal.  If plaintiff wishes to have the U.S. Marshal attempt service on this defendant, he shall follow the instructions contained in this order.

The Clerk shall ISSUE a summons for **Michael Koehn** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 66).  The Clerk shall also SEND a copy of the second amended complaint (ECF No. 8), a copy of the screening order (ECF No. 9), and a copy of this order to the U.S. Marshal for service on the defendant.  The Clerk shall SEND to plaintiff one USM-285 form.  Plaintiff shall have until **Friday, March 10, 2017,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

If plaintiff fails to follow this order, defendant Michael Koehn will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:         /s/
     Deputy Clerk