**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LANCE REBERGER, | ) | 3:15-CV-0551-MMD (VPC) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | June 13, 2017 |
| MICHAEL KOEHN, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:       LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for the court to accept his errata with his signature page (ECF No. 79) to his motion to strike is **GRANTED**. However, the court's order denying plaintiff's motion to strike (ECF No. 84) remains in full force and effect.

Plaintiff's motion for a more definite statement from defendants' answer to second amended complaint (ECF No. 86) is **DENIED**. Fed. R. Civ. P. 12(e) provides that "a party may move for a more definite statement of a pleading to which a responsive pleading is allowed. . . ." A response to an answer is not permitted under the rules. Therefore, plaintiff may not move for a more definite statement of defendants' answer.

   **IT IS SO ORDERED.**

                              DEBRA K. KEMPI, CLERK

                        By:            /s/                        
                              Deputy Clerk