UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LANCE REBERGER, | ) | 3:15-CV-0551-MMD (VPC) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | January 8, 2018 |
| MICHAEL KOEHN, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' filed a case management report regarding discovery issues (ECF No. 152). The case management report refers to ten letters and three responses to interrogatories; however, only two letters are attached for the court's reference. On or before **Friday, January 19, 2018,** defendants shall file and serve on plaintiff copies of all documents that are referenced in the case management report. This case is hereby **STAYED.** No further briefing shall be filed by any party until all pending motions are decided by the court.

Plaintiff's motion for extension of time to respond to AG opposition to full discovery and oppose AG enlargement of time (ECF No. 129) was unopposed by the defendants (ECF No. 131) and is **GRANTED** *nunc pro tunc*. All briefing is complete on these motions and no further briefing shall be filed.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk